**HANNI M. FAKHOURY**
California Bar No. 252629
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Hanni_Fakhoury@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08MJ2421 |
| Plaintiff, ) | |
| v. ) | **NOTICE OF ATTORNEY APPEARANCE** |
| GERARDO GUZMAN-RODRIGUEZ, ) | |
| Defendant. ) | |
| _____ ) | |

     Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Hanni M. Fakhoury and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the above-captioned case.

                                                Respectfully submitted,

Dated: August 11, 2008                              /s/ Hanni M. Fakhoury
                                                            HANNI M. FAKHOURY
                                                            Federal Defenders of San Diego, Inc.
                                                            e-mail: Hanni_Fakhoury@fd.org
                                                            Attorneys for Defendant

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

DATED:  August 11, 2008            /s/ Hanni M. Fakhoury
                                   HANNI M. FAKHOURY
                                   e-mail: Hanni_Fakhoury@fd.org